General Complaint Form for Pro Se Litigants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN

04 MAR 26 PM 2:26

S. [DISTRICT] COURT
N.D. OF ALABAMA

Michael J. Mirras
_____

_____

_____
(Enter above the full names(s) of the
plaintiff(s) in this action.)

CV-04-P-0626-S

vs.

Chris S. Christ, Attorney
_____

_____

_____

_____
(Enter above the full name(s) of the
defendant(s) in this action.)

1.  At all times hereinafter mentioned, plaintiff was and still is a resident of _____
    _____ State of Alabama _____. Plaintiff resides at
    18494 Whispering Meadows Blvd., Vance, AL. 35490-2549

2.  Defendant _____ Chris S. Christ, Attorney _____ is a corporation
    incorporated under the laws of _____ Alabama _____ and has a main
    office at _____ Birmingham, Alabama _____ and is licensed to do business
    in _____ Alabama _____. Defendant's official business address
    is _____ Frank Nelson Building, 205 20th Street North, Suite 923, Birmingham, AL. 35203-4701 _____.

**OR**

Defendant _____

is a United States government agency.

**OR**

Defendant _____

is a state agency.

**OR**

Defendant _____ is a resident of

_____. Defendant resides at _____

_____.

3. The jurisdiction of this court is invoked pursuant to _____

Fair Debt Collection Practices Act15 U.S.C. 1601et. Seq.Public Law 104-208. 110 Stat.3009 and Fair Credit reporting Act 15 U.S.C.1681 et seq. Which includes Public Law 104-208,The Omnibus Consolidated Appropriation Act Subtitle D. Chapter 1 and DEBRA TYCHEWICZ, Plaintiff, v. RICHARD DOBBERSTEIN d/b/a CREDIT ASSOCIATES, Defendant. 96-C-0195-S, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

4. Statement of Claim

State here, as briefly as possible the **FACTS** of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

The defendant is a collection attorney and is trying to collect an alleged debt. While making contact with the Plaintiff the Attorney violated the Plaintiffs rights under the FCRA&FDCPA.
Violations as listed:
1) Overshadowing
2) Failure to Validate the Debt
3) Failure to notify the Plaintiff with-in five days of receipt for validation
4) Failure to use the Mini Miranda warning(This is an attempt to collect a debt etc.etc.) on ALL letters sent to Plaintiff
5) Contacting the Plaintiff by phone 4 times after October 24, 2003 defendant was issued a letter with cease and desist for phone contact
- November 25,2003
- December 9, 2003
- December 12, 2003
- January 16, 2004

2

_____

_____

_____

_____

_____

_____

**5.   Relief**

State briefly exactly what you want the court to do for you. Do not make legal arguments.

_____

Monetary damages in the amount of $150,000.00
Cease and desist from further collection activities by the defendant.
No future contact from him or his office on this subject
No entries will be made into the 4 National Credit Reporting Companies Experian Equifax Trans Union & Innovis
A signed agreement/settlement saying no further contact with the plaintiff will be made
For award of court costs
For such other and further relief deemed just by the court.

_____

_____

                                                       *Michael J. Mirras*
                                                       Signature of Plaintiff

205 462-2076
_____              _____
Telephone Number                              Name (Please Print)

Dated: _____                     Michael J. Mirras
                                                  18494 Whispering Meadows Blvd.
                                                  Vance, AL. 35490-2549

                                              _____
                                              City, State              Zip Code

3