FILED

04 MAY -7 AM 8:44

U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. MIRRAS, | } | |
| Plaintiff, | } | |
| v. | } | Case No.: CV 04-P-0626-S |
| CHRIS S. CHRIST, | } | |
| Defendant. | } | |

ENTERED
MAY -7 2004

## ORDER

The Defendant's motion to dismiss (Doc. # 4) is **DENIED**. Plaintiff and Defendant are **ORDERED** to meet **within seven (7) days** and to engage in good faith communication concerning the Plaintiff's allegations, the contours of the law, and the arguments presented in Defendant's motion to dismiss. If, after the parties meet, the Defendant concludes that a more definite statement of the Plaintiff's claims is necessary for him to respond to the complaint, the Defendant **SHALL** so move **within 14 days after the parties meet**. Otherwise, the Defendant **SHALL** file an answer to the complaint **within 14 days after the parties meet**.

**DONE** and **ORDERED** this ___6th___ day of May, 2004.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

