IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Michael J. Mirras
Plaintiff

04 MAY 26 PM 1:36

Vs.

CASE NO. CV-04-0626-S

Chris S. Christ
Defendant

ENTERED
MAY 2 8 2004

**DENIED** See F.R.C.P. 56 and Ex. A attached to the Court's Initial Order Governing Proceedings in this case.
5/27/04
U.S. DISTRICT JUDGE   DATE

### PLAINTIFFS' MOTION
### FOR SUMMRAY JUDGEMENT

COMES NOW the Plaintiff, Michael J. Mirras.

Plaintiff respectfully submits this memorandum For Summary Judgement
Civil Action Complaint CV-04-0626-S.

### Preliminary Statement

The Court ordered a meeting on May 6, 2004 to take place between the Plaintiff and the Defendant. The Plaintiff arranged this meeting with Counsel for the Defendant David Hodges. The meeting was held at the Vestavia Hills Library Birmingham, AL. on Thursday May 20, 2004 at 3:30 PM.
Present at the meeting was Michael J. Mirras Plaintiff, Davis Hodges Counsel for the Defendant and Ms. Maya Rose Stenographer, with Foshee and Turner of Birmingham, AL. to record the minutes.
Absent was the Defendant Chris Christ.

The Plaintiff came prepared with Evidence, Exhibits and Interrogatories for the Defendant.
The court ordered a meeting between the Plaintiff and the Defendant with no exception for Counsel only.

As such the Defendant did not act or engage in good faith communication as outlined in the Courts order.

The Plaintiff respectfully requests that this Honorable Court grant Motion for Summary Judgement
Attached are the Evidence and Exhibits supporting this Motion..

Michael J. Mirras
18494 Whispering Meadows Blvd.
Vance, AL. 35490-2549
(205) 462-2076

1