IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT SOUTHERN DIVISION OF ALABAMA

Michael J. Mirras
Plaintiff

Vs.  Case No.: CV 04-P-0626-S

Chris S. Christ
Defendant

## MOTION FOR ORDER OF DISMISSAL

Michael J. Mirras, Plaintiff having reached a settlement agreement with the Defendant Chris S. Christ. On or about August 31, 2004.

**IT IS HEREBY** requested by the Plaintiff Michael J. Mirras that a **Motion of Dismissal WITH PREJUDICE** be entered in the above case pending before this honorable court.

Dated this the 7th day of September 2004.

_____
Michael J. Mirras, Plaintiff

**GRANTED**

_____ 9/9/04
U.S. DISTRICT JUDGE     DATE

**ENTERED**
SEP 09 2004